IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CHRISTY JACKSON | : | CIVIL ACTION |
| --- | --- | --- |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY HOSPITAL, INC. | : | No. 09-386 |

## ORDER

**AND NOW**, this 30th day of November, 2010, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 16), Plaintiff's response (Doc. No. 18), and Defendant's reply (Doc. No. 21), it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
───────────────────────
**Mitchell S. Goldberg, J.**